**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| THE TRAVELERS INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>VIRTUE CAPITAL MANAGEMENT, LLC.<br><br>Defendant. | ) | Civil Action No. 3:17-CV-743<br><br>**JURY TRIAL DEMANDED**<br><br>MAY 5, 2017 |

## COMPLAINT

Plaintiff The Travelers Indemnity Company ("Travelers") files this Complaint against Defendant Virtue Capital Management, LLC ("Defendant") and alleges as follows, upon actual knowledge with respect to itself and its own acts, and upon information and belief as to all other matters.

## NATURE OF THE CASE

1. This is an action for trademark infringement, trademark dilution, and unfair competition under the Lanham Act, 15 U.S.C. § 1051, *et seq.*, the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. §§ 42-110a, *et seq.*, and/or Connecticut common law. Travelers' claims arise out of Defendant's infringement and dilution of the famous and iconic Travelers umbrella logo ( ), which Travelers and its predecessors in interest have used for more than 50 years in the financial-services sector in connection with insurance and insurance-related products and services. Despite the fame of the Travelers umbrella logo, Defendant adopted confusingly similar umbrella logos of its own to promote and sell its financial-sector services. Moreover,

despite multiple objections from Travelers, Defendant continues to violate Travelers' rights to its famous Travelers umbrella logo by using confusingly similar umbrella logos. As detailed below, Defendant's use of its umbrella logos is likely to cause confusion with and to dilute the famous Travelers umbrella logo.

**THE PARTIES**

2. Plaintiff The Travelers Indemnity Company is a corporation of the State of Connecticut with a place of business at One Tower Square, Hartford, Connecticut 06183.

3. Defendant Virtue Capital Management, LLC is a limited liability company of the State of Tennessee with a place of business at 22 Century Boulevard, Suite 450 Nashville, Tennessee 37214. Upon information and belief, Defendant's two members are Tennessee residents.

**JURISDICTION AND VENUE**

4. This action arises under the federal Trademark Act, 15 U.S.C. § 1051, *et seq*., and the related law of the State of Connecticut. This Court has jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338(a) and (b). Because Travelers and Defendant's members are citizens of different states and the matter in controversy exceeds $75,000 exclusive of interest and costs, this Court also has jurisdiction under 28 U.S.C. § 1332. Further, this Court has supplemental jurisdiction over Travelers' state-law claims pursuant to 28 U.S.C. § 1367(a) because those claims are substantially related to Travelers' federal claims.

5. This Court has personal jurisdiction over Defendant under Conn. Gen. Stat. § 52-59b and venue is proper in this district pursuant to 28 U.S.C. § 1391(b) and (c) because Travelers is located and is being harmed in this district, which Defendant should reasonably expect from its

interstate business, Defendant conducts business and services customers in this district (including through its interactive website www.retirementanswers101.com), and/or the activity about which Travelers complains has taken place and is continuing to take place in this district.

**TRAVELERS, ITS INSURANCE AND FINANCIAL-SECTOR PRODUCTS AND SERVICES, AND ITS FAMOUS UMBRELLA TRADEMARK**

6. Travelers has been in the insurance business for more than 150 years. It has long been one of the leading providers of a wide range of insurance and insurance-related products and services to businesses, government units, associations, and individuals in the United States.

7. Travelers is among the largest writers of personal property and casualty insurance through independent agents in the United States. Its services are sold in all 50 states under the Travelers Umbrella Mark through agents and brokers, direct marketing (including toll-free telephone numbers and Internet websites), and/or salaried employees.

8. Travelers currently uses the umbrella trademark shown below as its corporate logo and as a trademark for its insurance and insurance-related products and services. Travelers and its affiliates and predecessors have used the umbrella trademark shown below or substantially identical versions (collectively, the "Travelers Umbrella Mark") for decades. Travelers first used the Travelers Umbrella Mark as a corporate logo in 1960. Travelers uses the Travelers Umbrella Mark alone and together with its trademark TRAVELERS.

9. For many years, Travelers has also used the Travelers Umbrella Mark in commerce in connection with a wide variety of educational services and educational programs related to Travelers' products and services, including symposia, workshops, and seminars for

small businesses; educational initiatives and partnerships with colleges, universities and community-based programs; and in webinars, classroom, and online training. Travelers uses the Travelers Umbrella Mark to promote all of these educational programs, trainings, and offerings.

10. In addition to its strong common law rights in the Travelers Umbrella Mark based on use of that mark since 1960, Travelers owns, among others, the following valid and subsisting United States trademark registrations for marks comprised of or containing the Travelers Umbrella Mark:

| **Mark** | **Reg. No.**<br>**Reg. Date**<br>**App. Date** | **First Use**<br>**First Use in Commerce** | **Goods/Services** |
|---|---|---|---|
| | 1161313<br>07-14-1981<br>12-19-1979 | 1961<br>1961 | Underwriting casualty, fire, marine and inland marine insurance services; fidelity, surety and guaranty bonding services; agency and brokerage services in connection with the preceding named services, and counseling in regard to accident prevention in Class 36 |
| | 3417048<br>04-29-2008<br>03-15-2007 | 1961<br>1961 | Insurance underwriting services in the fields of property and casualty, fire, allied lines, farmowners multiple peril, homeowners multiple peril, commercial multiple peril, ocean marine, inland marine, earthquake, workers' compensation, other liability, product liability, private passenger auto liability, commercial auto liability, auto physical damage, fidelity, surety, burglary and theft, boiler and machinery, and reinsurance; insurance claims services and administration insurance claims processing insurance claims adjusting; insurance agency and brokerage services, namely, policyholder services and services to agents and brokers; providing information in insurance matters risk management and risk management consultation in Class 36 |
| | 3417049<br>04-29-2008<br>03-15-2007 | 1961<br>1961 | Insurance underwriting services in the fields of property and casualty, fire, allied lines, farmowners multiple peril, homeowners multiple peril, commercial multiple peril, ocean marine, inland marine, |

| Mark | Reg. No.<br>Reg. Date<br>App. Date | First Use<br>First Use in Commerce | Goods/Services |
|---|---|---|---|
| | | | earthquake, workers' compensation, other liability, product liability, private passenger auto liability, commercial auto liability, auto physical damage, fidelity, surety, burglary and theft, boiler and machinery, and reinsurance; * insurance claims services and administration; insurance claims processing; insurance claims adjusting; insurance agency and brokerage services, namely, policyholder services and services to agents and brokers; providing information in insurance matters; risk management and risk management consultation in Class 36 |
| | 4554401<br>06-24-2014<br>04-15-2013 | 02-21-2010<br>02-21-2010 | Downloadable software in the nature of a mobile application providing users with the ability to collect, view, manage, store, and transmit auto accident information including voice recordings and images, generate and transmit accident reports, obtain auto accident guidance, use mapping features to locate and contact vehicle and travel related services, and providing policyholders with the ability to file automobile insurance claims, find agents, and find automobile repair shops in Class 9. |
| | 4554402<br>06-24-2014<br>04-15-2013 | 02-21-2010<br>02-21-2010 | Downloadable software in the nature of a mobile application providing users with the ability to collect, view, manage, store, and transmit auto accident information including voice recordings and images, generate and transmit accident reports, obtain auto accident guidance, use mapping features to locate and contact vehicle and travel related services, and providing policyholders with the ability to file automobile insurance claims, find agents, and find automobile repair shops in Class 9. |
| TRAVELERS | 3494647<br>09-02-2008<br>04-02-2007 | 02-27-2007<br>02-27-2007 | Promoting the sale of goods and/or services of others through the development and distribution of printed material; direct mail marketing services for others in the field of insurance; business counseling in regard to cost management; employment rehabilitation services, namely, medical cost control management, business consultation in the field of workers' |

| Mark | Reg. No.<br>Reg. Date<br>App. Date | First Use<br>First Use in Commerce | Goods/Services |
|---|---|---|---|
| | | | compensation, employee benefits and employment return-to-work placement services in Class 35<br><br>Insurance underwriting services in the fields of property and casualty, fire, allied lines, farmowners multiple peril, homeowners multiple peril, commercial multiple peril, ocean marine, inland marine, earthquake, workers' compensation, other liability, product liability, private passenger auto liability, commercial auto liability, auto physical damage, fidelity, surety, burglary and theft, boiler and machinery, and reinsurance; claims adjustment in the field of insurance; insurance claims processing and administration; risk control and loss prevention consultation; risk control and loss prevention services, namely, risk management; electronic processing of insurance claims; insurance agency and brokerage services, namely, policyholder services and services to agents and brokers; providing information in insurance matters in Class 36<br><br>Educational services, namely, providing training programs in the field of insurance in Class 41<br><br>Providing on-line non-downloadable software in the field of insurance in Class 42 |
| TRAVELERS | 3494648<br>09-02-2008<br>04-02-2007 | 02-27-2007<br>02-27-2007 | Promoting the sale of goods and/or services of others through the development and distribution of printed material; direct mail marketing services for others in the field of insurance; business counseling in regard to cost management; employment rehabilitation services, namely, medical cost control management, business consultation in the field of workers' compensation, employee benefits and employment return-to-work placement services in Class 35<br><br>Insurance underwriting services in the fields of property and casualty, fire, allied lines, farmowners multiple peril, |

| Mark | Reg. No.<br>Reg. Date<br>App. Date | First Use<br>First Use in<br>Commerce | Goods/Services |
|---|---|---|---|
| | | | homeowners multiple peril, commercial multiple peril, ocean marine, inland marine, earthquake, workers' compensation, other liability, product liability, private passenger auto liability, commercial auto liability, auto physical damage, fidelity, surety, burglary and theft, boiler and machinery, and reinsurance; claims adjustment in the field of insurance, insurance claims processing and administration, risk control and loss prevention consultation; risk control and loss prevention services, namely, risk management; insurance claims and; insurance agency and brokerage services, namely, policyholder services and services to agents and brokers; providing information in insurance matters in Class 36<br><br>Educational services, namely, providing training programs in the field of insurance in Class 41<br><br>Providing on-line non-downloadable software in the field of insurance in Class 42 |
| TRAVELERS | 3991520<br>07-12-2011<br>07-06-2009 | 02-27-2007<br>02-27-2007 | Insurance underwriting services in the fields of property and casualty, commercial lines, farm, auto commercial, boiler and machinery, commercial multi peril, liability, inland marine, fidelity, surety, crime, workers compensation, property, identity fraud reimbursement, kidnap and ransom, excess and surplus, personal lines, personal auto, homeowners, high valued homeowners, dwelling fire, boat/yacht, personal articles floater, wedding insurance, and reinsurance; insurance claims administration; insurance claims processing; insurance claims adjusting; insurance agency services; providing information in the field of insurance, providing a website with information and resources in the field of insurance; and insurance and insurance-related services in the nature of loss prevention and risk control management for others in Class 36 |
| | 3991521 | 02-27-2007 | Insurance underwriting services in the |

| Mark | Reg. No.<br>Reg. Date<br>App. Date | First Use<br>First Use in Commerce | Goods/Services |
|---|---|---|---|
| TRAVELERS | 07-12-2011<br>07-06-2009 | 02-27-2007 | fields of property and casualty, commercial lines, farm, auto commercial, boiler and machinery, commercial multi peril, liability, inland marine, fidelity, surety, crime, workers compensation, property, identity fraud reimbursement, kidnap and ransom, excess and surplus, personal lines, personal auto, homeowners, high valued homeowners, dwelling fire, boat/yacht, personal articles floater, wedding insurance, and reinsurance; insurance claims administration; insurance claims processing; insurance claims adjusting; insurance agency services; providing information in the field of insurance; providing a website with information and resources in the field of insurance; and insurance and insurance-related services in the nature of loss prevention and risk control management for others in Class 36 |
| | 4085572<br>01-17-2012<br>07-06-2009 | 12-31-1961<br>12-31-1961 | Insurance underwriting services in the fields of property and casualty, commercial lines, farm, auto commercial, boiler and machinery, commercial multi peril, liability, inland marine, fidelity, surety, crime, workers compensation, property, personal lines, personal auto, homeowners, boat/yacht, dwelling fire, identity fraud reimbursement, kidnap and ransom, excess and surplus, high valued homeowners, personal articles floater, wedding insurance, and reinsurance; insurance claims administration; insurance claims processing; insurance claims adjusting; insurance agency services; providing information in the field of insurance; providing a website with information and resources in the field of insurance; and insurance and insurance-related services in the nature of loss prevention and risk control management for others in Class 36 |
| | 4085573<br>01-17-2012<br>07-06-2009 | 12-31-1961<br>12-31-1961 | Insurance underwriting services in the fields of property and casualty, commercial lines, farm, auto commercial, boiler and machinery, commercial multi peril, liability, inland marine, fidelity, surety, crime, workers compensation, property, personal |

| Mark | Reg. No.<br>Reg. Date<br>App. Date | First Use<br>First Use in Commerce | Goods/Services |
|---|---|---|---|
| | | | lines, personal auto, homeowners, boat/yacht, dwelling fire, identity fraud reimbursement, kidnap and ransom, excess and surplus, high valued homeowners, personal articles floater, wedding insurance, and reinsurance; insurance claims administration; insurance claims processing; insurance claims adjusting; insurance agency services; providing information in the field of insurance; providing a website with information and resources in the field of insurance; and insurance and insurance-related services in the nature of loss prevention and risk control management for others in Class 36 |
| TRAVELERS | 4566720<br>07-15-2014<br>05-15-2013 | 11-13-2012<br>11-13-2012 | Sanitizing preparations, namely, hand sanitizers in Class 5<br><br>Mouse pads; and protective cases and stands for electronic devices, namely, tablets, MP3 players, and cell phones in Class 9<br><br>Flashlights in Class 11<br><br>Lunch bags made of textile; note pads; padfolios; pens; pencils; and notebooks in Class 16<br><br>Picture and photograph frames in Class 20<br><br>Lanyards for holding badges in Class 22<br><br>Textile tablecloths in Class 24 |
| TRAVELERS | 4649396<br>12-02-2014<br>02-11-2010 | 2007<br>2007 | Financial services, namely, preloaded debit card services for payment of insurance claims in Class 36. |
| TRAVELERS | 4649397<br>12-02-2014<br>02-11-2010 | 2007<br>2007 | Financial services, namely, preloaded debit card services for payment of insurance claims in Class 36 |

Printouts of the details of these registrations are attached as Exhibit A.

11. The registrations listed in Paragraph 10 above constitute *prima facie* evidence of

Travelers' ownership of and exclusive rights to use the Travelers Umbrella Mark in connection with the services recited in the registrations. Moreover, U.S. Reg. Nos. 1,161,313; 3,417,048; 3,417,049; 3,494,647; and 3,494,648 are incontestable and constitute conclusive evidence of Travelers' ownership of and exclusive rights to use the Travelers Umbrella Mark in connection with the services recited in those registrations.

12. Travelers also uses, and owns common law trademark rights in, "realistic" versions of the Travelers Umbrella Mark in connection with the promotion and sale of its insurance and insurance-related products and services, including the representative examples shown below, taken from Travelers' website or from Travelers' television advertisements:














TRAVELERS
2008 Annual Report and Form 10-K
Like no other


TRAVELERS
It's better under
the umbrella
2010 Annual Report and Form 10-K






13. Travelers has established considerable and valuable trademark rights and goodwill in the Travelers Umbrella Mark by virtue of the long use and registration of that trademark, the substantial promotional and marketing efforts in connection with that trademark and the expenditure of vast sums for such activities, the substantial sales of products and services offered in connection with that trademark, and third-party acclaim and attention.

14. Revenues generated from products and services sold in connection with the Travelers Umbrella Mark over the years have been substantial, including revenues exceeding $150 billion since 2008 alone.

15. Travelers has spent many millions of dollars over the years advertising and promoting its products and services throughout the United States under the Travelers Umbrella Mark in various media and forms (e.g., television, magazines, newspapers, websites, and

sponsorships), including tens of millions of dollars annually for many years.

16. Travelers has for many years engaged in extensive television advertising prominently featuring the Travelers Umbrella Mark to promote its insurance and insurance-related products and services. Travelers' television advertisements prominently featuring the Travelers Umbrella Mark have for years appeared on major national television networks and cable television networks (e.g., ESPN), including during popular television shows and other programming such as national sporting events watched by millions.

17. Travelers has also engaged for years in extensive online advertising prominently featuring the Travelers Umbrella Mark to promote its insurance and insurance-related products and services. Travelers prominently displays its Travelers Umbrella Mark on its own websites, including http://www.travelers.com, on social media sites (e.g., Facebook, Twitter, YouTube, LinkedIn), and through online advertising on third-party websites.

18. As a result of Travelers' long and extensive use of the Travelers Umbrella Mark, and the significant sales, promotion, advertising, third-party acclaim, and commercial success under the mark, the Travelers Umbrella Mark has achieved such widespread public exposure and recognition that it possesses a high degree of distinctiveness and has been well known and famous among the general consuming public of the United States for many years. Indeed, for several years, the Travelers Umbrella Mark has been featured at the U.S. Patent and Trademark Office's National Trademark Expo, along with other well-known entities and brands such as Microsoft, The LEGO Group, and NASCAR.

**DEFENDANT'S INFRINGEMENT AND DILUTION OF THE FAMOUS TRAVELERS UMBRELLA MARK**

19. According to its website at www.virtuecapitalmanagement.com, Defendant is a fee-

based registered investment advisory firm that has operated in the financial-services sector for many years. Defendant, through itself and its related companies, is registered to do business and/or offers its financial-sector products and services to clients throughout the United States including, upon information and belief, in the State of Connecticut.

20. Upon information and belief, on or about March 2016, Defendant launched the interactive website www.retirementanswers101.com to offer a "comprehensive financial education course intended to provide pre-retirees and retirees with a better understanding of the many financial planning pitfalls that need to be considered as they face retirement" (the "RA101 Website"). As part of the "Retirement Answers" program, participants can register for Defendant's course offerings and download a printed "course outline," which is available and accessible for free on the RA101 Website and, upon information and belief, on other websites of Defendant's affiliated investment advisors.

21. Defendant's education services cover various topics, including life insurance and annuities. Many insurance companies offer both property and casualty insurance and life insurance and/or annuities (e.g., Allstate, Farmers, State Farm, USAA). In addition, Travelers and/or its predecessors and related companies had offered and sold life insurance and/or annuities under the Travelers Umbrella Mark.

22. Upon information and belief, from approximately March 2016 through November 2016, the RA101 Website homepage and course materials used a prominent reddish upright umbrella logo to promote its financial-sector products and services as shown below (the "Large VCM Umbrella Logo").







DOWNLOAD THE COURSE OUTLINE HERE.

CLICK HERE

23. In addition to the Large VCM Umbrella Logo on the RA101 Website and course materials, Defendant has used and continues to use the small umbrella logo to promote its financial-sector services as shown below (the "Small VCM Umbrella Logo").

24. In addition, Defendant filed U.S. Trademark Application Serial No. 87105556 for the mark shown below, which includes the Small VCM Umbrella Logo.

RETIREMENT
ANSWERS101

25. On August 26, 2016, Travelers objected to Defendant's use of the Large VCM Umbrella Logo and the Small VCM Umbrella Logo, including on the RA101 Website and course materials. In response, Defendant abandoned its trademark application no. 87105556 on November 3, 2016, and in or about November 2016 replaced most of the uses of the Small VCM Umbrella Logo with the parachute logo shown below.

26. In or about November 2016, Defendant made minor, non-material changes to the Large VCM Umbrella Logo by replacing the umbrella handle from the logo with a box and added faint lines connecting the box to the umbrella canopy. The Large VCM Umbrella Logo was otherwise unchanged, and the reddish umbrella canopy shown below remains the dominant part of Defendant's branding to offer and promote its financial-sector products and services (the "VCM Umbrella Canopy Logo").







27. On multiple occasions between September 2016 and February 2017, Travelers requested Defendant to change the VCM Umbrella Canopy Logo to a parachute logo. Instead of doing so and making its branding consistent, Defendant continued to use, and still uses, the VCM Umbrella Canopy Logo to trade off of the tremendous goodwill of the Travelers Umbrella Mark.

28. Defendant also continues to use the Small VCM Umbrella Logo in some instances, including on the portion of the RA101 Website where Defendant's course materials are downloaded and on investment advisor affiliate websites as shown below.







(the VCM Umbrella Canopy Logo and the Small VCM Umbrella Logo are each an "Infringing Umbrella" and collectively the "Infringing Umbrellas.")

29. Defendant uses the Infringing Umbrellas as attention-getting devices to identify, advertise, promote, and sell its financial-sector products and services.

30. As shown below in the side-by-side comparisons of the Travelers Umbrella Mark and Defendant's Infringing Umbrellas, the marks are virtually identical in appearance and design and identical in commercial impression.

**TRAVELERS** **DEFENDANT**






31. Defendant selected, adopted, began use of, and continues to use its Infringing Umbrellas in the financial-services sector with knowledge of Travelers' prior use of the famous Travelers Umbrella Mark for its insurance and insurance-related services in the financial-services sector.

## INJURY TO TRAVELERS AND THE PUBLIC

32. Defendant's actions described above with respect to the Infringing Umbrellas have damaged and irreparably injured and, if permitted to continue, will further damage and irreparably injure Travelers, the Travelers Umbrella Mark, and Travelers' reputation and

goodwill associated with the Travelers Umbrella Mark. Defendant's actions also damage the public's interest in being free from confusion as to the source, sponsorship, or affiliation of Defendant's products and services.

33. Defendant's uses of the Infringing Umbrellas are likely to cause confusion, mistake, or deception as to the source or origin of Defendant's products, services, and commercial activities, and are likely to falsely suggest a sponsorship, connection, license, or association of Defendant and/or its products and services with Travelers and/or Travelers' products and services.

34. Defendant's uses of the Infringing Umbrellas are likely to dilute the distinctiveness of the famous Travelers Umbrella Mark.

35. Defendant was aware of Travelers' prior rights in the famous Travelers Umbrella Mark before adopting and using the Infringing Umbrellas, and thus Defendant has acted willfully with respect to Travelers' prior trademark rights.

## FIRST CLAIM FOR RELIEF
## Trademark Infringement Under Section 32(a)
## of the Lanham Act, 15 U.S.C. § 1114(a)

36. Travelers repeats and realleges each and every allegation set forth in paragraphs 1 through 35 of this Complaint.

37. Without Travelers' consent, Defendant used and continues to use in commerce the Infringing Umbrellas as described above, which are reproductions, copies, and/or colorable imitations of Travelers' registered Travelers Umbrella Mark, as described above, in connection with the offering, sale, and advertising of their financial-sector products and services, which is likely to cause confusion, or to cause mistake, or to deceive, in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

38. Upon information and belief, the actions of Defendant described above have at all times relevant to this action been willful.

39. As a direct and proximate result of the actions of Defendant alleged above, Travelers has been damaged and will continue to be damaged.

**SECOND CLAIM FOR RELIEF**
**Trademark Infringement, False Designation of Origin, and Unfair Competition**
**Under Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A)**

40. Travelers repeats and realleges each and every allegation set forth in paragraphs 1 through 39 of this Complaint.

41. Defendant's uses of the Infringing Umbrellas, as described above, are likely to cause confusion, mistake, or deception as to the origin, sponsorship, or approval of Defendant's products and services and commercial activities, and thus constitute trademark infringement, false designation of origin, and unfair competition with respect to the Travelers Umbrella Mark, in violation of Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A).

42. Upon information and belief, the actions of Defendant described above have at all times relevant to this action been willful.

43. As a direct and proximate result of the actions of Defendant alleged above, Travelers has been damaged and will continue to be damaged.

**THIRD CLAIM FOR RELIEF**
**Dilution Under Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c)**

44. Travelers repeats and realleges each and every allegation set forth in paragraphs 1 through 43 of this Complaint.

45. Based at least on the distinctiveness of the Travelers Umbrella Mark; the duration and extent of use of this trademark; the commercial success under this trademark; the duration

and extent of advertising featuring this trademark and the vast sums of money expended on such activities; the geographic area in which Travelers has sold and advertised products and services under or featuring this trademark; the degree of public recognition of the Travelers Umbrella Mark; and the federal registrations of this trademark, the Travelers Umbrella Mark has become famous, as that term is used in Section 43(c) of the Lanham Act, and has been famous for many years.

46. Defendant's actions described above, all occurring after the Travelers Umbrella Mark became famous, are likely to dilute the famous Travelers Umbrella Mark in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

47. Upon information and belief, the actions of Defendant described above have at all times relevant to this action been willful.

48. As a direct and proximate result of the actions of Defendant alleged above, Travelers has been damaged and will continue to be damaged.

**FOURTH CLAIM FOR RELIEF**
**Unfair Competition and Trade Practices**
**Under Conn. Gen. Stat. §§ 42-110b-q**

49. Travelers repeats and realleges each and every allegation set forth in paragraphs 1 through 48 of this Complaint.

50. By engaging in the acts alleged above, Defendant has engaged in conduct: (a) that is offensive to public policy, governing statutes, common law principles, and/or established concepts of fairness, and/or (b) that has caused substantial injury to consumers.

51. Defendant committed such acts, and continues to commit such acts, in the conduct of trade or commerce.

52. Travelers has suffered, and if Defendant is not enjoined, will continue to suffer, an

ascertainable loss of money or property.

53. By virtue of the above conduct, Defendant has engaged in unfair competition and unfair or deceptive acts or practices in the conduct of trade or commerce in violation of the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a, *et seq*.

54. Upon information and belief, the actions of Defendant described above have at all times relevant to this action been willful.

55. As a direct and proximate result of the actions of Defendant alleged above, Travelers has been damaged and will continue to be damaged.

56. Counsel for Travelers has electronically transmitted a copy of this Complaint to the Attorney General and the Commissioner of Consumer Protection.

**FIFTH CLAIM FOR RELIEF**
**Common Law Trademark Infringement, Unfair**
**Competition, and Misappropriation**

57. Travelers repeats and realleges each and every allegation set forth in paragraphs 1 through 56 of this Complaint.

58. Defendant's actions described above constitute common law trademark infringement, unfair competition, and misappropriation of Travelers' goodwill under the common law of Connecticut and other states.

59. Upon information and belief, the actions of Defendant described above have at all times relevant to this action been willful.

60. As a direct and proximate result of the actions of Defendant alleged above, Travelers has been damaged and will continue to be damaged.

## PRAYER FOR RELIEF

**WHEREFORE**, Travelers prays that this Court enter judgment in its favor on each and every claim for relief set forth above and award it relief including, but not limited to, the following:

A. An Order declaring that Defendant's uses of the Infringing Umbrellas infringe the Travelers Umbrella Mark, are likely to dilute the Travelers Umbrella Mark, and constitute unfair competition and unfair trade practices under federal and/or state law, as detailed above;

B. An injunction permanently enjoining Defendant and its employees, officers, directors, principals, parents, subsidiaries, affiliates, related companies, and all persons in active concert or participation with any of them:

1. From using the Infringing Umbrellas and any other designs, images, logos, icons, or marks in any way for any goods or services that are confusingly similar to or likely to dilute the Travelers Umbrella Mark;

2. From registering the Infringing Umbrellas and any other designs, images, logos, icons, or marks for any goods or services that are confusingly similar to or likely to dilute the Travelers Umbrella Mark;

3. From representing by any means whatsoever, directly or indirectly, that Defendant, any products or services offered by Defendant, or any activities undertaken by Defendant, are associated or connected in any way with Travelers, including, but not limited to, using the Infringing Umbrellas or confusingly similar designs, images, logos, icons, or marks; and

4. Instructing, assisting, aiding, or abetting any other person or business entity in engaging or in performing any of the activities referred to in subparagraphs B.1 through B.3 above.

C. An Order directing Defendant to immediately destroy or permanently remove, as applicable, the Infringing Umbrellas from all websites, including but not limited to Defendant's www.retirementanswers101.com site, third-party websites including but not limited to social media sites, advertising, promotional materials, television commercials, videos, signage, posters, displays, brochures, catalogs, newsletters, manuals, forms, stationery, promotional merchandise, print materials and items (including but not limited to course materials and handouts), and any other materials and things that bear or display the Infringing Umbrellas or any other designs, images, logos, icons, or marks that are confusingly similar to or likely to dilute the Travelers Umbrella Mark;

D. An Order directing Defendant to immediately cancel all placements of any advertisements and listings in any media or format bearing or displaying the Infringing Umbrellas or any other designs, images, logos, icons, or marks that are confusingly similar to or likely to dilute the Travelers Umbrella Mark;

E. An Order directing Defendant to file with this Court and serve on Travelers' attorneys, thirty (30) days after the date of entry of any injunction, a report in writing and under oath setting forth in detail the manner and form in which it has complied with the injunction;

F. An Order requiring Defendant to account for and pay to Travelers any and all profits arising from the foregoing acts of infringement, false designation of origin, dilution, and unfair competition, and increasing such profits for payment to Travelers in accordance with 15 U.S.C. § 1117 and other applicable laws;

G. An Order requiring Defendant to pay Travelers compensatory damages in an amount as yet undetermined caused by the foregoing acts of infringement, false designation of

origin, dilution, and unfair competition, and trebling such compensatory damages for payment to Travelers in accordance with 15 U.S.C. § 1117 and other applicable laws;

H. An Order requiring Defendant to pay Travelers compensatory damages in an amount as yet undetermined caused by the foregoing acts of unfair competition and unfair trade practices under Conn. Gen. Stat. 42-110b-q;

I. An Order requiring Defendant to pay Travelers punitive damages in an amount as yet undetermined caused by the foregoing acts of Defendants under Conn. Gen. Stat. § 42-110g and other applicable laws;

J. An Order requiring Defendant to pay Travelers' costs and attorney's fees in this action pursuant to 15 U.S.C. § 1117, and other applicable laws, including Conn. Gen. Stat. §§ 42-110b-q; and

K. Other relief as the Court may deem appropriate.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Travelers demands trial by jury in this action of all issues triable by jury in this matter.

Dated: May 5, 2017

Respectfully submitted,

_/s/ Elizabeth A. Alquist_____________

Elizabeth A. Alquist (ct15643)
Woo Sin Sean Park (ct30074)
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212
Phone (860) 275-0137
Fax (860) 881-2456
eaalquist@daypitney.com
wpark@daypitney.com

David M. Kelly, Esq. *(pro hac vice to be filed)*
Stephanie H. Bald, Esq. *(pro hac vice to be filed)*
Jason M. Joyal, Esq. *(pro hac vice to be filed)*
KELLY IP, LLP
1919 M Street NW
Suite 610
Washington, D.C. 20036
Phone (202) 808-3570
Fax (202) 408-4400
david.kelly@kelly-ip.com
stephanie.bald@kelly-ip.com
jason.joyal@kelly-ip.com

*Attorneys for Plaintiff*
The Travelers Indemnity Company