# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**TRAVELERS INDEMNITY COMPANY,**

V.

**VIRTUE CAPITAL MANAGEMENT, LLC,**

## SUMMONS IN A CIVIL CASE

CASE NUMBER: **3:17−CV−00743−SRU**

TO: **Virtue Capital Management, LLC**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Woo Sin Sean Park**
**Day Pitney LLP−HTFD**
**242 Trumbull Street**
**Hartford, CT 06033**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**/s/ − J. Fazekas**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2017−05−08 08:50:38.0**, Clerk
USDC CTD

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*_______________________________________
was received by me on *(date)* _______________________________.

☐ I personally served the summons on the individual at *(place)* ______________________________
____________________________________________ on *(date)* ________________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ___________
_______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____________________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)*_____________
__________________________________________ on *(date)* ____________________ ; or

☐ I returned the summons unexecuted because ___________________________________________
_______________________________________________________________________________ ; or

☐ Other *(specify)* ____________________________________________________________________
_________________________________________________________________________________
_________________________________________________________________________________

My fees are $________ for travel and $ ____________for services, for a total of $__________0.00

I declare under penalty of perjury that this information is true.

Date: ______________________

____________________________________
Servers signature

____________________________________
Printed name and title

____________________________________
Servers address

Additional information regarding attempted service, etc: